UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES                                    CRIMINAL ACTION

VERSUS                                           NO: 11-288

DARRION BROWN                                    SECTION: R
JAMAR WASHINGTON


**<u>FINDINGS AND ORDER</u>**

Consider the foregoing unopposed motion to continue trial[1] and the reasons set forth therein,

THE COURT SPECIFICALLY FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), that, because the parties have engaged in and desire additional time to review discovery materials in this matter, and because the parties are continuing to engage in pretrial discussions seeking a resolution of this matter without the need for trial, the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

THE COURT SPECIFICALLY FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i), that failure to grant the requested continuance in this case could result in a miscarriage of justice as it would deny defendants the benefits of an early resolution.

---

[1] R. Doc. 19.

THE COURT SPECIFICALLY FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), that the failure to grant such continuance would deny the parties a reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

ACCORDINGLY, the motion to continue trial is GRANTED as to all defendants in this matter. It is ORDERED that the trial in this matter is continued until the **30th day of April, 2012, at 8:30 a.m.**, and that a final pretrial conference be scheduled for the **12th day of April, 2012, at 2:30 p.m.** In accordance with the provisions of Title 18, United States Code, Section 3161, this Court finds that the period of delay resulting from the granting of this continuance should be excluded under the provisions of the Speedy Trial Act.

New Orleans, Louisiana, this 9th day of February, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE